**GRAND RIVER DAM AUTHORITY, a Public Corporation, v. A. O. KEPHART, Lucille Ahniwake Miller et al.**

No. 2438.

Circuit Court of Appeals, Tenth Circuit.

Nov. 28, 1941.

Q. B. Boydstun, of Vinita, Okl., for appellant.

No appearance for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

**GRAND RIVER DAM AUTHORITY, a Public Corporation, v. UNITED STATES of America, Bushyhead O'Field, et al.**

No. 2435.

Circuit Court of Appeals, Tenth Circuit.

Nov. 28, 1941.

Q. B. Boydstun, of Vinita, Okl., for appellant.

No appearance for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

**GRAND RIVER DAM AUTHORITY, a Public Corporation, v. UNITED STATES of America, Clarence Winney, Seneca Allottee, No. 12, et al.**

No. 2436.

Circuit Court of Appeals, Tenth Circuit.

Nov. 28, 1941.

Q. B. Boydstun, of Vinita, Okl., for appellant.

No appearance for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

**GRAND RIVER DAM AUTHORITY, a Public Corporation, v. William H. KNEELAND, United States of America, et al.**

No. 2439.

Circuit Court of Appeals, Tenth Circuit.

Nov. 28, 1941.

Q. B. Boydstun, of Vinita, Okl., for appellant.

No appearance for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. TENNISON BROTHERS, Incorporated.**

No. 12146.

Circuit Court of Appeals, Eighth Circuit.

Nov. 10, 1941.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Laurence A. Knapp, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Earl King, of Memphis, Tenn., for respondent.

PER CURIAM.

Order of National Labor Relations Board affirmed and enforced, on petition of Labor Board in accordance with stipulation filed with Board.